NO. 11-13-00284-CR
No. 11-13-00285-CR

In the Court of Criminal Appeals of the State of Texas.

Unlawful possession
of a firearm
cause Nos. CR 21838
app. Nos. 11-13-00284-CR-PD-0868-15

Marc Shawn Walden
Appellant pro se
v.
The State of Texas
appellee

) ( On Discretionary Review

) ( with Petition

) ( From

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 31 2015

Abel Acosta, Clerk

Possession of a controlled
substance with intent to
deliver
cause. Nos. CR 21838 PD missing
app. Nos. 11-13-00285CR

Marc Shawn Walden
Appellant pro se
v.
The State of Texas
appellee

) ( The Eleventh Court

) ( Of Appeals

---

Abel Acosta, clerk of the Court of Criminal Appeal of Texas, This Letter is in regurds to not under standing how come I got a Official Notice in regurds to motion of Extension of time, I got notice of a granted motion but only on behalf of COA case No. 11-13-00284CR now PD-0868-15, But what happen to

COA case nos. 11-13-00285CR.

I had one trial over both charges, under pro se I will file one time for both charges, So did I get a motion for Extension of time on COA Case Nos. 11-13-00285CR. And Abel Acosta I have no time to Entertain mistakes, my PD 0868-15 is for COA Case No 11-13-00284-CR, What is my PD- for COA Case Nos. 11-13-00285-CR? Please respond